# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 98-41454
_____

## JOAN W. MATHEWS,

Plaintiff-Appellant,

### versus

**LUFKIN INDEPENDENT SCHOOL DISTRICT; ANDRA SELF, Individually & as a member of the Board of Trustees, Lufkin Independent School District; JOHN KOCH, JR., Individually & as a member of the Board of Trustees, Lufkin Independent School District; DOUG ASHBURN, Individually & as a member of the Board of Trustees, Lufkin Independent School District; CHARLES CROWSON, Individually & as a member of the Board of Trustees, Lufkin Independent School District; STANLEY NEW, Individually & as a member of the Board of Trustees, Lufkin Independent School District; LARRY KEGLER, Member of the Board of Trustees, Lufkin Independent School District; JOE DOUGLAS, III, Member of the Board of Trustees, Lufkin Independent School District; PABLO TORRES, Individually & as Elementary School Principal, Lufkin Independent School District,**

Defendants-Appellees.

_____

### Appeal from the United States District Court
### for the Eastern District of Texas
### (9:96-CV-479)
_____

### November 5, 1999

Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges:

**PER CURIAM:**[*]

**AFFIRMED.** See 5th Cir. Rule 47.6.

---

[*] Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.